The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493
Attorneys for
    Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EDWARD BALLANCE,<br><br><br>    Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. <u>09-11465</u><br>**RESPONSE TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY FILED BY WELLS FARGO BANK, NA** |

    Debtor Edward Ballance, by and through undersigned counsel, hereby responds to Wells Fargo Bank's Motion to Lift the Automatic Stay as follows:

    Debtor has sent his September, October and November payments directly to Wells Fargo (copies of the cashier's checks are attached). These cashier's checks are being cashed. Therefore, Debtor knows that the payments are getting to Wells Fargo.

    Debtor requests that the Court deny Wells Fargo's Motion to Lift the Automatic Bankruptcy Stay.

    DATED this 24th day of November, 2009.

*Porter Law Offices, P.C.*
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

```
                                    THE PORTER LAW OFFICES, P.C.

                                    By /s/ G. Terris Porter
                                       G. Terris Porter
                                       1052 East Deuce of Clubs
                                       Show Low, Arizona 85901
                                       (928) 537-2917
                                       Attorney for Debtor
```

**ORIGINAL** of the foregoing mailed this 24th day of **November, 2009**, to:

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, AZ 85064

Tiffany & Bosco, PA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016

/s/ J. Holloway

2

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VPII | 20090821 | 883509052 | 10700543 | 4651505428 | 000060 | 1,920.01 | 5360991170 |



**OFFICIAL CHECK**    0883509052

August 28, 2009

PAY TO THE ORDER OF    ***WELLSFARGO***

***One thousand nine hundred twenty dollars and 01 cent***    **$1,920.01**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (800) 264-1112

VOID IF OVER US $ 1,920.01

CONTROLLER

LOAN # 0157110974



0025726731

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

https://oibservices.wellsfargo.com/OIB/ControllerServlet     11/9/2009

| Site | Paid Date | Serial | Routing | Account | FC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VPJI | 20091002 | 629007935 | 10700543 | 4861505402 | 000060 | 1,920.01 | 5650787482 |



CASHIER'S CHECK — 0629007935

PAY TO THE ORDER OF ***WELLS FARGO***
***REF: ACCT 0157110974***

***One thousand nine hundred twenty dollars and 01 cent***

September 30, 2009

**$1,920.01**

WELLS FARGO BANK, N.A.



0032471160

Copyright (c) 2002-06 Wells Fargo & Company. All rights reserved.

## OFFICIAL CHECK

08035 Office AU # | 11-24 1210(3)

SERIAL #: 0863509142
ACCOUNT#: 4861-505423

Purchaser: EDWARD K BALLANCE
Purchaser Account: 3496172211
Operator I.D.: az003060 az002585

November 02, 2009

PAY TO THE ORDER OF ***NATIONAL BANK OF KANSAS CITY***

****Two hundred seventy-nine dollars and no cents*** **$279.00**

VOID IF OVER US $ 279.00

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

### Purchaser Copy

---

## OFFICIAL CHECK

08035 Office AU # | 11-24 1210(3)

SERIAL #: 0863509141
ACCOUNT#: 4861-000420

Purchaser: EDWARD K BALLANCE
Purchaser Account: 3496172211
Operator I.D.: az003060 az002585

November 02, 2009

PAY TO THE ORDER OF ***WELLS FARGO HOME MORTGAGE***
***RE: LOAN #0157110974***

****One thousand nine hundred twenty dollars and 05 cents*** **$1,920.05**

VOID IF OVER US $ [illegible]

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

### Purchaser Copy