The **Porter Law Offices**, P.C.

1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493

Attorneys for
      Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| EDWARD BALLANCE, | **Case No. 09-11465** |
|     Debtor(s). | **MOTION FOR MORATORIUM** |

Debtor's attorney, undersigned, hereby moves for moratorium in the above-referenced case for the following reasons:

Debtor Edward Ballance passed away December 26, 2010. At this time, it is unknown how the relatives wish to proceed in the above-captioned matter and request a period of moratorium for 90 days, for personal representative appointment and a decision to be made, and request that the last three plan payments (months 58, 59 and 60) be doubled.

DATED this 3rd day of February, 2011.

THE PORTER LAW OFFICES, P.C.

By/s/G. Terris Porter
   G. Terris Porter
   1052 East Deuce of Clubs
   Show Low, Arizona 85901
   (928) 537-2917
   Attorney for Debtor