**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10947

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:09-bk-11465-RTB |
|---|---|
| Edward Ballance | Chapter 13 |
| Debtor. | O R D E R |
| Wells Fargo Bank, N.A. | |
| Movant, vs. | (Relating to docket #54) |
| Edward Ballance, Debtor; Edward J. Maney, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.